# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Raleigh DIVISION

FILED

SEP 1 4 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Annamarie D Rothwiller

Ex Parte

NO. 5:20-CV-606-FL

COMPLAINT

Plaintiff resides at: (temporarily/visiting)

1009 Delma Grimes Rd
Coats
NC 27521

Defendant(s)' name(s) and address(es), if known:

N/A

1

Jurisdiction in this court is based on:

US Constitution - Voting laws

The acts complained of in this suit concern:

The 2020 Election appear to have various Court cases pending outcomes / pending election results
Media / technology companies alleging 'no fraud' or a victory either way till outcome of courts are endangering safety / psyche of nation and Ex Parte in the interest of Justice a declaratory order is asked for in terms of which any organization with an audiency must qualify assertions they make re 2020 Election are their opinion and not fact and pending outcome of judicial decisions in various courts.

2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Declaratory order as stated,
in typed off motion with
affidavit or as the
Court may please.

_____

11/17/20

**DATE**

**SIGNATURE OF PLAINTIFF**

Temporary Address:
1009 Delma Grimes Rd
Coats
NC 27521

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3

IN THE FEDERAL DISTRICT COURT FOR NORTH CAROLINA, RALEIGH

CASE NUMBER: 5:20-CV-606-FL

IN THE MATTER:

ANNAMARIE DOROTHEA RIETHMILLER

EX PARTE PETITIONER

**NOTICE TO THE COURT:**
THIS IS A CONSTITUTIONAL MATTER INVOKING THE CONSTITUTION OF THE UNITED
STATES AND IN PARTICULR ITS SUPREMACY CLUASE AND BILL OF RIGHTS

---

FILING SHEET: URGENT MOTION

---

COMES NOW THE ABOVENAMED EX PARTE PETITIONER and hereby files an Urgent Motion
to the above honorable Court for an order in the following terms:

1. "That it is in the public interest that pending the final legal outcome of the 2020 Election
results broadcasters and other media or technology firms with a capacity to reach voters of the
2020 election refrain from broadcasting election results as if a "fact" prematurely or make as if
it is a fact/or not, that election fraud did or did not take place, and that they must qualify with
such pronouncement that the result which they refer to or whether or not it is their opinion that
fraud did or did not take place in the election, is merely so in their opinion and is pending legal
and likely judicial decisions."
2. Anonymity

This done and signed at Raleigh, North Carolina on November 15, 202

--------------------------------------------------------------------
ANNAMARIE D RIETHMILLER EX PARTE PETITIONER
Permanent Address:
5900 CYRILS DRIVE
SAINT CLOUD
FLORIDA 34771

**Temporary Address TO BE USED FOR CORRESPONDENCE HEREIN**

1009 DELMA GRIMES ROAD
COATS
NORTH CAROLINA 2752
TEL: 910-651-1014
EMAIL: RiethmillerAttorney@yahoo.com

IN THE FEDERAL DISTRICT COURT FOR NORTH CAROLINA, RALEIGH

CASE NUMBER:

IN THE MATTER:

ANNAMARIE DOROTHEA RIETHMILLER

EX PARTE PETITIONER

---

URGENT MOTION

---

COMES NOW THE ABOVENAMED EX PARTE PETITIONER and hereby Motions the above honorable Court to on an urgent basis issue an order as follows:

1. "That it is in the public interest that pending the final legal outcome of the 2020 Election results broadcasters and other media or technology firms with a capacity to reach voters of the 2020 election refrain from broadcasting election results as if a "fact" prematurely or make as if it is a fact/or not, that election fraud did or did not take place, and that they must qualify with such pronouncement that the result which they refer to or whether or not it is their opinion that fraud did or did not take place in the election, is merely so in their opinion and is pending legal and likely judicial decisions."
2. Anonymity
This done and signed at Raleigh, North Carolina on November 15, 202
The affidavit of the Ex Parte Petition in support of this Motion is appended hereto.
This done and signed at Raleigh, North Carolina on November 15, 202

------------------------------------------------------------
ANNAMARIE D RIETHMILLER EX PARTE PETITIONER
Permanent Address:
5900 CYRILS DRIVE
SAINT CLOUD
FLORIDA 34771

**Temporary Address TO BE USED FOR ALL CORRESPONDENCE HEREIN**

1009 DELMA GRIMES ROAD
COATS
NORTH CAROLINA 2752
TEL: 910-651-1014
EMAIL: RiethmillerAttorney@yahoo.com

IN THE FEDERAL DISTRICT COURT FOR NORTH CAROLINA, RALEIGH

CASE NUMBER:

IN THE MATTER:

ANNAMARIE DOROTHEA RIETHMILLER

EX PARTE PETITIONER

---

AFFIDAVIT OF THE EX PARTE PETITIONER, ANNAMARIE DOROTHEA RIETHMILLER IN SUPPORT OF AN URGENT MOTION TO THE ABOVE HONORABLE CCOURT

---

THE UNDERSIGNED AFFIANT,

ANNAMARIE DOROTEA RIETHMILLERAT

hereby makes oath and say that:

1. I am Annamarie Doroetha Riethmiller, a naturalised citizen of the United States of America who permanently resides at 5900 Cyrils Drive, Saint Cloud Florida 34771 who temporarily due to the Coronivirus pandemic is temporarily visiting at 1009 Delma Grimes Road, Coats, North Carolina 27521 so as to be with family instead of on my own.

2. The facts deposed to herein are within my personal knowledge unless otherwise stated.

3. When I naturalized as a United States Citizen in 2009 I made an oath to defend the Constitution of the United States from enemies foreign or domestic and this Motion is to give effect to such oath.

4. I am a registered voter in the State of Florida and a copy of my voter registration form as well as drivers license is appended hereto and marked "A" and I therefore have the locus standi to approach this Court as a voter with the right that the laws of the different states and in particular the United States Constitution be followed and adhered to and in particular impartiality and equality before the law.

5. The threat to the United States Constitution is that certain media as exampled below pronounce as fact results of the 2020 elections prior to the legal and judicial processes presently under way

in various states have been finalized and in alleging as if fact that a specific candidate has won or lost as if fact and as if fact that fraud did or did not take place, whilst such firms know full well that they are intentionally emotionally affecting voters in the 2020 election, of which I am one, to believe their 'judgment', or to cause unnecessary strife and division is contrary to the public interest and must be halted by this Court.

6. It is in the public interest that such broadcasters and other media platforms operating inside the boundaries of the United States be reminded that they are not above the law, nor are the law, and that in the event that they report on election results not yet finalized, that they be ordered to qualify that it is either the reporters personal opinion or the opinion of their corporation and that the legal and potentially judicial outcomes are still under way.

7. At present various courts appear to be approached with evidence of unauthorized accessing of election infrastructure and in particular the Dominion Voting System which is a Canadian Company purportedly having been hacked by Scytl in Spain linked to names such as Soros, Gates after the data was routed via Germany, not to mention the regular old fashioned illegal votes of dead and illegal people. Would any of this be true, I as a voter have the right to know the truth after all evidence is led before a legal legitimate and unbiased tribunal appointed by 'we the people's" laws. Even in the very worst case scenario, namely where those who want to implement the Saul Alinsky 8 levels of control (Control over health care, high poverty levels for easier control of masses, high levels of debt to weaken individuals, gun control to make it impossible to for individuals to defend themselves, creating a welfare state where food, housing, income is controlled by the state, education taking control of what minds are fed, ie, manipulate thinking and behaviour, remove religion so indiviuals are weak and feel overwhelmed) and in particular the eight to promote class warfare, and thus chaos so that the American people can become a class of useful idiots (the way in which Stalin described his followers), voters such as myself are entitled to know this and through transparent reporting after the Courts made unbiased decisions based on facts and evidence.

8. If it is true that the United States 2020 election has been tampered with, the very Constitution of the United States granting freedom and equality to individuals such as myself are under threat, and therefore, considering I have made an oath to defend the Constitution of the United States from any enemies, is is my duty to defend the Constitution of the United States, by making sure that without undue influence by false assertions of the press of media stoking up people, an order such as this, calling all back into order, namely serving as a reminder 'we the people's" laws and our implementation system, the Judicial system is the only benchmark we accept.

9. Unfortunately having said that, I personally as the many fillings to Federal and other Courts show over the last decade, have clear evidence and have suffered an abuse of every possible right because of bias in the judiciary {(May 1, 2012 Obama and Biden were served with clear and unequivocal evidence that I was legitimately calling on them in terms of 18USC2382 to intervene and prevent then 18USC241 Constitutional crimes which were under way through my late husband's psychiatrist and her long standing friends in the 12 th Judicial County Court for Manatee County Florida where the psychiatrist was 'expert' in over 600 Mental Health cases whilst practicing then with a fraudulent Florida medical license and by her own admission disabled by mental illness, and influenced her friends Gilner, Ezell, Shore, Smith to beat me away as complaining wife, trying to implement Florida Statute 491.0111 and 491.0112 and stop the psychiatrist felony in respect of my husband, her mental health patient, and instead Obama/Biden presumably ordered Smith to ensure getting rid of me as complaining wife, Smith May 24, 2012 in 41-2009-DR-10430 violating every possible right I had (equality before the law – 41-2009-DR-10430 is a contested case where I paid for a counter claim and discovery had not taken place Smith granting a simplified dissolution violating Florida Family Law Rule 12.105 which demanded simplified dissolution may only be granted AFTER both parties signed a Petition under oath that all property and other issues have been resolved and in 41-2009-DR-10430 no such Petition existed, due process, the psychiatrists long standing friends presiding and not following the law at all presided knowing they are above the law, removing without my permission from me my last name and middle name and changing my first and last names without my permission, ie, an act of slavery), and violating my constitutional right of protection of property in that instead of receiving equitable distribution of marital asset Fresh Start Law Group LLC (where the now IRS Fresh Start Program originated from), the result of the abuse and violation of my United States Constitution Supremacy Clause rights I have suffered has made me know first hand the United States Constitution and Judicial System is failing because the law is not followed and those in the Judicial system are traitors to "we the people" and their laws and whatever/or whose ever agenda they follow it is not that set by 'we the people' through our laws.

10. Because of Obama failing in his Constitutional duties and Amendment 14 to the United States making it clear that if a candidate makes themselves available for election who knowingly violated the Constitution, their conduct disqualified them from being a candidate and then as now duty bound to defend the Constitution rightly through the judicial system, caused even more abuse against me by being made out as frivolous.

11. The founders of the Constitution of the United States knew that the biggest danger to the United States Constitution are those who do not subscribe to its values, who through power and deception want to dump 'we the people' of the United States into a regime in which they are not the 'owners' and free, but are controlled.

12. Personally on Saturday November 14, 2020 on the 6 pm news an NBC reporter on the WRAL News Channel said that President Trump's allegations of fraud are false, ie, the media officially becoming a kangaroo Court of the 2020 election. On Sunday November 15, 2020 Yahoo carried a lead article under the Title :"Biden Victory". The present effort to mislead 'we the people' knowing the final 2020 results are not out, and in particular that the Courts have to rule on fraud, through reporting which is sating as if fact when there is no certainty till after the judicial and legal processes are followed can harm us all and pit us against one another and is violating our Constitutional rights that only the law be trusted. This Court must now allow this abuse and manipulation of the American people and grant an order in the following terms, which I hereby ask it for:

1. "That it is in the public interest that pending the final legal outcome of the 2020 Election results broadcasters and other media or technology firms with a capacity to reach voters of the 2020 election refrain from broadcasting election results as if a "fact" prematurely or make as if it is a fact/or not, that election fraud did or did not take place, and that they must qualify with such pronouncement that the result which they refer to or whether or not it is their opinion that fraud did or did not take place in the election, is merely so in their opinion and is pending legal and likely judicial decisions."

2. Anonymity

The anonymity is asked for as I have suffered greatly because of false reporting myself. Even though the evidence of constitutional violations are clear in 41-2009-DR-10430, to get rid of my complaints and in particular to silence me after I reported Florida using cases such as Stallworth v Moore to deprive individuals of fundamental rights (in my instance the Second District Court of Appeal for Florida at Lakeland is where I appealed 41-2009-DR-10430 and related cases to, the Supremacy Clause was invoked and I had asked in writing for reasons, no reasons were given and when appealed to the Florida Supreme Court that Court claimed no jurisdiction as no reasons were given, quoting the Stallworth v Moore and related cases, ie the judiciary in the State of Florida having found a way to dump rights down a legal 'chute".

In addition as I knew Oscar Pistorius since he was a baby and his mother who was a good friend confided difficulties he suffered as a disabled person I approached the Court (when I realized the South

African laws for disabled people were not being followed), asking the Court that as the law there demands any mental or physically disabled person first be examined by a panel of psychiatrist under 60 day observation be followed, the media got deeply angered that the legal circus they were putting together would not be adhered to and reported I "spoke" to Sheila Pistorius (a dead person!!!) a deep insult to my devout Christian faith. However, even though it was intentional false reporting electronic communications makes it impossible to go and clear one's name in all jurisdictions.

My present filing is not frivolous nor with any intent other than that a voter such as myself not be bombarded by falsities pending the legal and legitimate outcome of the 2020 Election and truthful outcomes after evidence is led of fraud.

Note in addition, it is not asked that this Court interferes with free speech, in the examples given, let NBC say in their opinion President Trump's assertions of fraud are false, it is by their calling it as if fact, that the abuse lies, and the same goes for Yahoo who could have said they forecast as Victory by Biden, without making it out as if fact.

Because there are such a multitude of news and media organizations this order is asked for Ex Parte and the Court is asked to considering the public interest and the safety of the American People are at stake, to make the order as a declaratory order binding those organizations to merely be truthful to the American People by stating it is their opinion and not trying to make it as if fact.

-------------------- ~~~~~~~~~~~ --------------------

DEPONENT

Signed and sworn to before me this day by Annamarie, Dorothea Riethmiller

DATE: November 17, 2020

Notary: Wake County, North Carolina

**CATHERINE M DEYOUNG**
Notary Public
Johnston Co., North Carolina
My Commission Expires Dec. 15, 2020

Official Signature of Notary