UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNAMARIE RIETHMILLER )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>UNNAMED DEFENDANTS )<br>        Defendant. ) | **JUDGMENT**<br>5:20-CV-606-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 20, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on October 20, 2021, and Copies To:**
Annamarie Riethmiller (via US Mail) P O Box 620473, Orlando, FL 32862

October 20, 2021                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk